IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-791-WDM-OES

NIGEST TILAHUN,

     Plaintiff,

v.

ULTRA DIAMOND SHAMROCK CORPORATION,

     Defendant.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

This matter is before me on the recommendation of Magistrate Judge O. Edward Schlatter, issued March 2, 2005, that plaintiff's complaint be dismissed as a sanction for her refusal to cooperate with discovery and to attend court-ordered hearings.  Plaintiff filed a timely objection to the recommendation.  28 U.S.C. § 636.

I have reviewed *de novo* the pertinent portions of the record in this case, including the filings related to defendant's motion to dismiss, relevant orders issued by Magistrate Judge Schlatter, the recommendation, and plaintiff's objection.  I conclude the recommendation should be accepted.

In the recommendation, Magistrate Judge Schlatter carefully addresses the factors governing dismissal as a sanction, as required by *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).  Plaintiff's objection to the recommendation does

not address these factors, nor does she justify her refusal to provide discovery or her

failure to attend the pretrial conference scheduled for February 2, 2005.  I concur with

Magistrate Judge Schlatter's analysis of the *Ehrenhaus* factors and accept his

recommendation that dismissal is the proper sanction for plaintiff's conduct.

Accordingly, it is ordered:

1.   The recommendation issued by Magistrate Judge Schlatter on March 2, 2005,

is accepted.

2.   This case is dismissed with prejudice as a sanction for plaintiff's failure to

comply with discovery and to attend court-ordered hearings.

3.   All pending motions are denied as moot.

DATED at Denver, Colorado, on September 6, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge